■ ANGELINA POMILLA, Appellant, v. GREAT AMERICAN INSURANCE Co., Respondent.— Order, entered May 2, 1961, unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALPHONSO CEPEDA, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCISCO RONDON, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Stevens and Eager, JJ.

■ In the Matter of RALPH H. WIENER et al., Doing Business as FREEHOLD INVESTMENTS, Appellants, v. ROBERT E. HERMAN, as State Rent Commissioner, Respondent.— Order, entered on October 4, 1961, unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Stevens and Eager, JJ.

■ In the Matter of SCHLOSSMANS, INC., Appellant, v. ASSOCIATED FURNITURE DEALERS OF NEW YORK, INC., et al., Respondents.— Order, entered on October 20, 1961, unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ. [31 Misc 2d 938.]

■ L. V. HOFFMAN & Co., INC., Respondent, v. UNITED ENGINEERING TRUSTEES, INC., Defendant, and FRED RUDINGER, Appellant.— Order, entered on April 3, 1962, unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ. [34 Misc 2d 191.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE PALMIERI, Appellant.— Order, entered on August 31, 1961, unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS PERR, Appellant.— Order entered on June 27, 1961 unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM FRIEDMAN, Appellant.— Order entered on June 27, 1961 unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ HYMAN KLIBANOFF, as Executor of WILLIAM SCHNEIDERMAN, Deceased, Appellant, v. CITY OF NEW YORK et al., Respondents.— Order and judgment unanimously affirmed, with costs to respondents. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ. [29 Misc 2d 649.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH MOORE, Appellant.— Order, entered on October 30, 1961, unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK, Respondent, v. WILLIAM MCELWAIN, Appellant.— Order, entered on October 26, 1961, unanimously affirmed, without costs. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.